THE STATE EX REL. LOCKER, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Locker v. Indus. Comm.*
(1998), 82 Ohio St.3d 380.]

(No. 96–278—Submitted May 26, 1998—Decided July 22, 1998.)

*Brian & Brian Law Office* and *Richard F. Brian,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Constance A. Snyder,* Assistant Attorney General, for appellee Industrial Commission of Ohio.

*Black, McCuskey, Souers & Arbaugh* and *Mary E. Randall,* for appellee Visiting Care, Inc.

*Buckingham, Doolittle & Burroughs, L.P.A.,* and *Richard A. Hernandez,* for appellee Canton Christian Home.

*Porter, Wright, Morris & Arthur* and *Christopher C. Russell,* for appellee Sanese Services, Inc.

The judgment of the court of appeals is reversed. The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent.